AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

V.

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV 803-WKW

TO: (Name and Address of Defendant)

South Alabama Sleep Centers, Inc.
c/o Colin H. Luke, Its Registered Agent for Service of Process
1901 6th Avenue North, Suite 2600
Birmingham, AL 35203

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Debra P. Hackett_                                          9-7-07
CLERK                                                        DATE

_[signature]_
BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF ____ ALABAMA

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

V.

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07 CV 803 - WKW

TO: (Name and Address of Defendant)

South Alabama Sleep Centers, Inc.
c/o Its President, Shakir R. Meghani
1865 Honeysuckle Road, Suite 3
Dothan, AL 36303

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Debra P. Hackett_
CLERK

DATE  9-7-07

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                                Signature of Server

                                         _____
                                                Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 1:07CV803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

Mantrust, Inc., doing business as Southeast Psychiatric Services
c/o Mustafain Meghani, Administrator
548 Westgate Parkway
Dothan, AL 36609

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*                         9-7-07

CLERK                                       DATE

[signature]

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                    Signature of Server

                                    _____
                                    Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

V.

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07CV803-WKW

TO: (Name and Address of Defendant)

Shakir R. Meghani
201 Cedar Chase
Dothan, AL 36303

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett
CLERK

DATE 9-7-07

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
            Date                          Signature of Server

                                       _____
                                       Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

V.

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV803-WKW

TO: (Name and Address of Defendant)

Mustafain Meghani
101 Prince Court
Dothan, AL 36305

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK: *Debra P. Hackett*

BY DEPUTY CLERK: [signature]

DATE: 9-7-07

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
  Date          Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

MIDDLE ———————————— DISTRICT OF ———— ALABAMA

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

**SUMMONS IN A CIVIL ACTION**

V.

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

CASE NUMBER:

1:07CV 803-WKW

TO: (Name and Address of Defendant)

Syed Hussain
1865 Honeysuckle Road, Suite 3
Dothan, AL 36303

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*

_____   9-7-07
CLERK                      DATE

(signature)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
        Date                Signature of Server

        _____
        Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 1:07CV803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

Mantrust, Inc., doing business as Southeast Psychiatric Service
c/o Shakir R. Meghani, as its President and Registered Agent
    for Service of Process
548 Westgate Parkway
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett

CLERK

DATE 9-7-07

BY DEPUTY CLERK

AO 440 (Rev. 5/85)  Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.