AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

ALTAS

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 1:07-CV-803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

South Alabama Sleep Centers, Inc.
c/o Its President, Shakir R. Meghani
1865 Honeysuckle Road, Suite 3
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Debra P. Hackett_

CLERK

DATE   9/11/07

K. [signature]

SEP-07-2007 03:35PM   FAX:2513430862   ID:                PAGE:002   R=96%

AO 440 (Rev. 5/85) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
       Date

                              Signature of Server

                              Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

MIDDLE ———— DISTRICT OF ———— ALABAMA

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

## ALIAS
### SUMMONS IN A CIVIL ACTION

v.

CASE NUMBER: 1:07-CV-803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

Mantrust, Inc., doing business as Southeast Psychiatric Services
c/o Mustafain Meghani, Administrator
548 Westgate Parkway
Dothan, AL 36609

### YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

DATE  9/11/07

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF   ALABAMA

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

v.

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

# ALIAS

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07-CV-803-WKW

TO: (Name and Address of Defendant)

Shakir R. Meghani
201 Cedar Chase
Dothan, AL 36303

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett

CLERK

DEPUTY CLERK

DATE   9/11/07

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date       Signature of Server _____

Address of Server _____

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

__MIDDLE_____ DISTRICT OF __ALABAMA__

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

ALIAS

### SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 1:07-CV-803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

Mustafain Meghani
101 Prince Court
Dothan, AL 36305

## YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Debra P. Hackett_

CLERK

DATE  9/11/07

SEP-07-2007 03:36PM    FAX:2513430862          ID:                    PAGE:006   R=96%

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | |
| NAME OF SERVER | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left : _____

☐ Returned unexecuted : _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    *Date*

_____
*Signature of Server*

_____
*Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85)  Summons in a Civil Action

# United States District Court

___MIDDLE___     DISTRICT OF ___ALABAMA___

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

**ALIAS**
## SUMMONS IN A CIVIL ACTION

       v.

CASE NUMBER: 1:07-CV-803- WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

Syed Hussain
1865 Honeysuckle Road, Suite 3
Dothan, AL 36303

### YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

*Debra P. Hackett*

CLERK

DATE    9/11/07

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE | |
|---|---|---|
| NAME OF SERVER | TITLE | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served : _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

_____ Date

_____
Signature of Server

_____
Address of Server

_____

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85)   Summons in a Civil Action

# United States District Court

MIDDLE _____ DISTRICT OF _____ ALABAMA

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

         ALIAS

## SUMMONS IN A CIVIL ACTION

         v.

CASE NUMBER: 1:07-CV-803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

       TO: (Name and Address of Defendant)

Mantrust, Inc., doing business as Southeast Psychiatric Service
c/o Shakir R. Meghani, as its President and Registered Agent
     for Service of Process
548 Westgate Parkway
Dothan, AL 36303

### YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint.

*Debra P. Hackett*

CLERK

*K. Haynes*

Y DEPUTY CLERK

DATE   9/11/2007

AO 440 (Rev. 5/85)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date          Signature of Server

                        Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.