---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

South Alabama Sleep Centers, Inc.
c/o Its President, Shakir R. Meghani
1865 Honeysuckle Road, Suite 3
Dothan, AL 36303

07cv803 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Pamela Hughes    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Pamela Hughes
C. Date of Delivery: 9/10/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0004 4315 7071

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Syed Hussain
1865 Honeysuckle Road, Suite 3
Dothan, AL 36303

07cv803 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Pamela Hughes    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Pamela Hughes
C. Date of Delivery: 9/10/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0004 4315 6081

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

South Alabama Sleep Centers, Inc.
c/o Colin H. Luke, Its Registered Agent for
Service of Process
1901 6th Avenue North, Suite 2600
Birmingham, AL 35203

07cv803 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Linda Gladwell    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Linda Gladwell
[BIRMINGHAM AL stamp]
C. Date of Delivery: SEP 10 2007
[USPS stamp]

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0004 4315 6043