**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mantrust, Inc., doing business as Southeast Psychiatric Services
c/o Mustafain Meghani, Administrator
548 Westgate Parkway
Dothan, AL

07cv803 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jordan Bedsole — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Jordan Bedsole
C. Date of Delivery: 9-12-07

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

1841 Honeysuckle Rd.
Dothan AL 36305

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0004 4315 6050

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mantrust, Inc., doing business as Southeast Psychiatric Services
c/o Shakir R. Meghani, as its President and Registered Agent for Service of Process
548 Westgate Parkway
Dothan, AL 36303

07cv803 S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jordan Bedsole — ☐ Agent ☐ Addressee

B. Received by (Printed Name): Jordan Bedsole
C. Date of Delivery: 9-12-07

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

1841 Honeysuckle Rd
Dothan AL 36305

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0004 4315 6944

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540