IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| COLUMBUS BANK AND TRUST COMPANY, doing business as SYNOVUS LEASING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTH ALABAMA SLEEP CENTERS, INC.; SHAKIR R. MEGHANI; MANTRUST, INC., also known as MANTRUST OF ALABAMA, INC., doing business as SOUTHEAST PSYCHIATRIC SERVICES; MUSTAFAIN MEGHANI; and SYED HUSSAIN,<br><br>Defendants. | Case No. 07-00803 |

**PLAINTIFF'S CONFLICT DISCLOSURE STATEMENT**

Comes now Plaintiff Columbus Bank and Trust Company, doing business as Synovus Leasing Company, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and mangers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order Miscellaneous 00-3047 dated June 12, 2007.

The following entities and their relationship to the Plaintiff are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Synovus Financial Corporation | Parent |
| Synovus Trust Company, NA | Subsidiary |
| Synovus Insurance Services of Georgia, Inc. | Subsidiary |
| CB&T Housing Fund Investor, LLC | Subsidiary |
| CB&T State Tax Credit Fund, LLC | Subsidiary |
| CB&T Special Limited Partner, LLC | Subsidiary |
| CB&T 11th Street Loft Company, LLC | Subsidiary |

| Synovus Equity Investments, Inc. | Subsidiary |
|---|---|
| Synovus Union Hill, LLC | Subsidiary |
| Synovus Pointe Apartments, LLC | Subsidiary |
| Tall Pines Apartments, Ltd. | Subsidiary |
| Synovus Aspenwood Square, LLC | Subsidiary |
| Total System Services, Inc. | Subsidiary |

Date:  September 19, 2007

/s/ Lawrence B. Voit        VOITL-4988
ASB-4988-I53L

SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
e-mail: lvoit@silvervoit.com
LS-7494-12670/lmm

Attorneys for Plaintiff, Columbus Bank and Trust Company, doing business as Synovus Leasing Company