AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  DATE 9-12-07

NAME OF SERVER David Mendheim   TITLE

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Lashawnda Askew

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-12-07
Date

Signature of Server

412 N. Appletree St. Dothan, al
Address of Server

RETURNED AND FILED
NOV - 8 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

ALIAS

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 1:07-CV-803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

Mustafain Meghani
101 Prince Court
Dothan, AL 36305

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Debra P. Hackett
CLERK

9/11/07
DATE

K. Hay
DEPUTY CLERK