# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 9-12-07 |
|---|---|
| NAME OF SERVER David Meredheins | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: LaShawda Askew

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-12-07
Date

Signature of Server

4112 N. Appletree ST Dillary Al.
Address of Server

RETURNED AND FILED
NOV - 8 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

COLUMBUS BANK AND TRUST COMPANY,
doing business as SYNOVUS
LEASING COMPANY,

ALIAS
SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 1:07-CV-803-WKW

SOUTH ALABAMA SLEEP CENTERS, INC.;
SHAKIR R. MEGHANI; MANTRUST, INC.,
also known as MANTRUST OF ALABAMA,
INC., doing business as SOUTHEAST
PSYCHIATRIC SERVICES; MUSTAFAIN
MEGHANI; and SYED HUSSAIN,

TO: (Name and Address of Defendant)

Mantrust, Inc., doing business as Southeast Psychiatric Service
c/o Shakir R. Meghani, as its President and Registered Agent
    for Service of Process
548 Westgate Parkway
Dothan, AL 36303

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Lawrence B. Voit
Silver, Voit & Thompson
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, AL 36609

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_Debra P. Hackett_                    9/11/2007
CLERK                                 DATE

_K. Poy_
Y DEPUTY CLERK

SEP-07-2007 03:37PM    FAX:2513430862    ID:    PAGE:012  R=96%