IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| COLUMBUS BANK AND TRUST COMPANY, d/b/a SYNOVUS LEASING COMPANY<br><br>　　　Plaintiff,<br><br>v.<br><br>SOUTH ALABAMA SLEEP CENTERS, INC.; SHAKIR R. MEGHANI; MANTRUST, INC., a/k/a MANTRUST OF ALABAMA, INC., d/b/a SOUTHEAST PSYCHIATRIC SERIVCES; MUSTAFAIN MEGHANI; and SYED HUSSAIN,<br><br>　　　Defendants. | Civil Action No. 1:07-cv-803-WKW |

## ENTRY OF DEFAULT

It appearing that defendants, South Alabama Sleep Centers, Inc., Shakir R. Meghani, Mantrust, Inc., a/k/a Mantrust of Alabama, Inc., d/b/a Southeast Psychiatric Services, and Syed Hussain, were duly served with a copy of the summons and complaint in this action on September 12, 2007, and said defendants have failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on November 16, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendants, South Alabama Sleep Centers, Inc., Shakir R. Meghani, Mantrust, Inc., a/k/a Mantrust of Alabama, Inc., d/b/a Southeast Psychiatric Services, and Syed Hussain.

DONE THIS  29th  day of  November , 2007.

　　　　　　　　　　　　　　　　　　　　　/s/ Debra P. Hackett
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DEBRA P. HACKETT
　　　　　　　　　　　　　　　　　　　　　CLERK, UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　　　MIDDLE DISTRICT OF ALABAMA