IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Columbus Bank and Trust Company doing business as Synovus Leasing Company<br><br>Plaintiff,<br><br>vs.<br><br>South Alabama Sleep Centers, Inc., et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 1:07-cv-803-WKW<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF JUDGMENT

I, Debra P. Hackett, Clerk of the U.S. District Court in and for the Middle District of Alabama, do hereby certify that in the United States District Court in and for the Middle District of Alabama, on the 7th day of December, 2007, Columbus Bank and Trust Company, plaintiff, recovered of defendants, South Alabama Sleep Centers, Inc., Shakir R. Meghani, and Mantrust, Inc. also known as Mantrust of Alabama, Inc. doing business as Southeast Psychiatric Services judgment in the amount of $139,765.91, plus reasonable attorney's fees and expenses of $9,451.00, for a total judgment of $149,216.91, plus interests and costs.

That on the 7th day of December, 2007, Columbus Bank and Trust Company, plaintiff, also recovered of defendant Syed Hussain for the personal property described in Exhibit 1 to the Complaint (Schedule 1 to the Master Lease), or its alternate value of $11,700.00, plus damages for detention of $6,010.07, plus interest and costs.

That Lawrence B. Voit, of the firm Silver, Voit & Thompson, P.C. , 4317-A Midmost Drive , Mobile, AL 36609 is the plaintiff attorney of record and that Columbus Bank and Trust Company doing business as Synovus Leasing Company is the owner of said judgment.

WITNESS my hand and seal of office this the 13th day of December, 2007.

Debra P. Hackett
Clerk, of the United States District Court
Middle District of Alabama

By: *Charlene Campbell*
Deputy Clerk