IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **COLUMBUS BANK AND TRUST COMPANY, doing business as SYNOVUS LEASING COMPANY,** * | |
| Plaintiff,    * | Case No. 07-00803 |
| vs.    * | |
| **SOUTH ALABAMA SLEEP CENTERS, INC.; SHAKIR R. MEGHANI; MANTRUST, INC., also known as MANTRUST OF ALABAMA, INC., doing business as SOUTHEAST PSYCHIATRIC SERVICES; MUSTAFAIN MEGHANI; and SYED HUSSAIN,**    * | |
| Defendants. | |

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff Columbus Bank and Trust Company doing business as Synovus Leasing Company, hereby gives notice that the judgment entered in this action on December 7, 2007 has been fully satisfied.

/s/ Lawrence B. Voit
Lawrence B. Voit         VOITL-4988
ASB-4988-I53L
SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama  36609-5589
Telephone: 251/343-0800
Fax:  251/343-0862
e-mail: lvoit@silvervoit.com
LS-7494-12670/lmh

Attorneys for Plaintiff