IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COLUMBUS BANK AND TRUST COMPANY, doing business as SYNOVUS LEASING COMPANY, ) ) ) ) | |
| Plaintifff, ) ) | |
| v. ) ) | CASE NO. 1:07-cv-00803-WKW |
| SOUTH ALABAMA SLEEP CENTERS, INC.; SHAKIR R. MEGHANI; MANTRUST, INC., also known as MANTRUST OF ALABAMA, INC., doing business as SOUTHEAST PSYCHIATRIC SERVICES; MUSTAFAIN MEGHANI; and SYED HUSSAIN, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**ORDER**

It appears that Mustafain Meghani has not been duly served as a defendant in this matter but that the judgment entered on December 7, 2007, has been satisfied. It is ORDERED that **on or before February 20, 2008**, the plaintiff shall show cause as to why this case should not be dismissed.

DONE this 8th day of February, 2008.

                                                 /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE