**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 8, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:** Columbus Bank and Trust Company  **v.**South Alabama Sleep Centers, Inc.**, et al.**
**Case Number:** 1:07-cv-803-WKW

**Pleading : #20 - Order**

**Notice of Correction is being  filed this date to advise that  the referenced Order was e-filed on 2/8/2008 with the incorrect division number in the style of the case..**

 **The corrected pdf document is attached to this notice.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| COLUMBUS BANK AND TRUST COMPANY, doing business as SYNOVUS LEASING COMPANY, )<br><br>Plaintifff, )<br><br>v. )<br><br>SOUTH ALABAMA SLEEP CENTERS, INC.; SHAKIR R. MEGHANI; MANTRUST, INC., also known as MANTRUST OF ALABAMA, INC., doing business as SOUTHEAST PSYCHIATRIC SERVICES; MUSTAFAIN MEGHANI; and SYED HUSSAIN, )<br><br>Defendants. ) | CASE NO. 1:07-cv-00803-WKW |

## **ORDER**

It appears that Mustafain Meghani has not been duly served as a defendant in this matter but that the judgment entered on December 7, 2007, has been satisfied. It is ORDERED that **on or before February 20, 2008**, the plaintiff shall show cause as to why this case should not be dismissed.

DONE this 8th day of February, 2008.

                                                           /s/  W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE