IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **COLUMBUS BANK AND TRUST COMPANY, doing business as SYNOVUS LEASING COMPANY,** | * | |
| | * | Case No. 1:07-cv-00803-WKW |
| Plaintiff, | * | |
| vs. | * | |
| **SOUTH ALABAMA SLEEP CENTERS, INC.; SHAKIR R. MEGHANI; MANTRUST, INC., also known as MANTRUST OF ALABAMA, INC., doing business as SOUTHEAST PSYCHIATRIC SERVICES; MUSTAFAIN MEGHANI; and SYED HUSSAIN,** | * * * * | |
| Defendants. | | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT MUSTAFAIN MEGHANI

Defendant Mustafain Meghani has not been served with the summons and a copy of the complaint. Accordingly, Plaintiff hereby dismisses this action as to Defendant Mustafain Meghani.

Dated this 8th day of February, 2008.

/s/ Lawrence B. Voit
Lawrence B. Voit        VOITL-4988
ASB-4988-I53L
SILVER, VOIT & THOMPSON
Attorneys at Law, P.C.
4317-A Midmost Drive
Mobile, Alabama 36609-5589
Telephone: 251/343-0800
Fax: 251/343-0862
e-mail: lvoit@silvervoit.com
LS-7494-12670/lmm

Attorneys for Columbus Bank and Trust