IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| COLUMBUS BANK AND TRUST COMPANY, doing business as SYNOVUS LEASING COMPANY, | ) ) ) ) | |
| Plaintifff, | ) ) | |
| v. | ) ) | CASE NO. 2:07-cv-00803-WKW |
| SOUTH ALABAMA SLEEP CENTERS, INC.; SHAKIR R. MEGHANI; MANTRUST, INC., also known as MANTRUST OF ALABAMA, INC., doing business as SOUTHEAST PSYCHIATRIC SERVICES; MUSTAFAIN MEGHANI; and SYED HUSSAIN, | ) ) ) ) ) ) ) ) ) ) | [wo] |
| Defendants. | ) | |

**FINAL JUDGMENT**

The judgment having been satisfied and upon the plaintiff's Notice of Dismissal of Defendant Mustafain Meghani (Doc. # 22), it is ORDERED that this case is DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of February, 2008.

          /s/  W.  Keith Watkins
    UNITED STATES DISTRICT JUDGE